U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Allyson Albrecht, v. Knowledge Learning Corporation, Knowledge Learning Centers, Inc., KC Development L.L.C., KinderCare Real Estate L.L.C. and Ms. Katherine Doe | FILED: JULY 10, 2008 08CV3922 JUDGE KENDALL MAGISTRATE JUDGE DENLOW AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Knowledge Learning Corporation
KC Development L.L.C. (incorrectly named in Plaintiff's state-court Complaint as "KC Development Corp.")
KinderCare Real Estate L.L.C.

| NAME (Type or print) |
|---|
| Timothy L. Binetti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Timothy L. Binetti |
| FIRM |
| Thompson Coburn LLP |
| STREET ADDRESS |
| 55 E. Monroe Street, 40th Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6282534 | (312) 580-2327 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐