IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, a minor | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. |
| KNOWLEDGE LEARNING CORP, KNOWLEDGE LEARNING CENTERS, INC., KC DEVELOPMENT L.L.C., KINDERCARE REAL ESTATE L.L.C., and MS. KATHERINE DOE, | ) ) ) ) ) ) ) | **FILED: JULY 10, 2008** **08CV3922** **JUDGE KENDALL** **MAGISTRATE JUDGE DENLOW** **AEE** |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF KNOWLEDGE LEARNING CORPORATION, KC DEVELOPMENT L.L.C. AND <u>KINDERCARE REAL ESTATE L.L.C.</u>**

Defendant Knowledge Learning Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of its stock.

Defendant KC Development L.L.C. (incorrectly named as "KC Development Corp.") is a limited liability company. Its sole member is KinderCare Learning Centers, Inc., which is a wholly owned subsidiary of defendant Knowledge Learning Corporation.

KinderCare Real Estate, L.L.C. is a limited liability company. Its sole member is KinderCare Learning Centers, Inc., which is a wholly owned subsidiary of defendant Knowledge Learning Corporation.

KNOWLEDGE LEARNING CORPORATION,
KC DEVELOPMENT L.L.C., and
KINDERCARE REAL ESTAE L.L.C.


/s/   Timothy L. Binetti

Todd A. Rowden
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe – 40th Floor
Chicago, IL  60603
(312) 346-7500

Dated: July 10, 2008

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Corporate Disclosure Statement of Knowledge Learning Corporation, KC Development L.L.C. (incorrectly named as "KC Development Corp.") and KinderCare Real Estate L.L.C. was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing Corporate Disclosure Statement was served on July 10, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

Joseph G. Kiest
1701 E. Woodfield Road, Suite 909
Schaumburg, IL 60173


/s/    Timothy L. Binetti