IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, a minor,<br><br>        Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, KNOWLEDGE LEARNING CENTERS, INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE L.L.C., KINDERCARE and MS. KATHERINE DOE,<br><br>        Defendants. | Case No. 08 CV 3922 |

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, Knowledge Learning Corp., Knowledge Learning Centers, Inc., KC Development Corp., Kindercare Real Estate LLC, and Kindercare (hereinafter "Defendants"), as to its Answer to Plaintiff's "Complaint", state as follows:

    1.    That at all times mentioned herein, one or more the following Defendants Knowledge Learning Corp., Knowledge Learning Centers, Inc., KC Development Corp., Kindercare Real Estate LLC, and Kindercare owned and or operated business commonly know as Kindercare a child care facility located at 1050 Bonaventure Drive, Elk Grove Village, IL.

**ANSWER:**    Defendants admit that that they own and operate a Kindercare child care facility located at 1050 Bonaventure Drive, Elk Grove Village, IL.

    2.    That the Defendants have refused to disclose the name of MS. KATHERINE _____ so she is identified as KATHERINE DOE.

**ANSWER:**    Defendants deny the allegations set forth in Paragraph 2.

    3.    That on or about December 13, 2007 the minor Plaintiff, RORY-MORRIS MARTIN ALBRECHT, was in the care of one or more of the following Defendants, KNOWLEDGE LEARNING CORP., KNOWLEDGE LEARNING CENTERSE INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE LLC., KINDERCARE AND MS. KATHERINE DOE on the Kindercare premises located at 1050 Bonaventure Drive, Elk Grove Village, IL.

ANSWER:   Defendants admit that Plaintiff is a minor, and that "on or about" December 13, 2007, he was enrolled and present in the KinderCare Learning Center facility located at 1050 Bonaventure Drive, Elk Grove Village, IL., County of Cook and State of Illinois.

4. That at all times mentioned MS. KATHERINE DOE was the employee and agent of one or more of the Defendants, KNOWLEDGE LEARNING CORP., KNOWLEDGE LEARNING CENTERSE INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE LLC., KINDERCARE.

ANSWER:   Defendants lack sufficient information to admit or deny as the subject person in Paragraph 4 is fictitiously named.

5. That at the same time and place, Ms. Katherine Doe tripped and fell and knocked a chair onto the minor, RORY-MORRIS MARTIN ALBRECHT injuring him.

ANSWER:   Defendants deny the allegations set forth in Paragraph 5.

6. That the Defendants KNOWLEDGE LEARNING CORP., KNOWLEDGE LEARNING CENTERSE INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE LLC., KINDERCARE AND MS. KATHERINE DOE had a duty to use due care and caution for the minor Plaintiff.

ANSWER:   Defendants admits all duties legally imposed by law but deny that they are adequately pled here.

7. That MS. KATHERINE DOE and or/other agents of one of the defendants was negligent in one or more of the following ways:

   (a)   Tripped and fell knocking a chair over onto the Plaintiff's head.

   (b)   Failed to seek immediate care for the Plaintiff and his injuries

   (c)   Failure to timely notify Allyson Albrecht of her sons injuries.

   (d)   Were otherwise careless and negligent.

That as a direct and proximate result of the negligence of the defendants the minor Plaintiff, RORY, has suffered a seizure and, has incurred medical bills, and will incur medical bills in the future.

ANSWER:   Defendants deny all aggregated allegations contained in Paragraph 7 and its subparagraphs A through D.

2

FOR RELIEF, Knowledge Learning Corporation, Knowledge Learning Centers, Inc., KC Development Corp., Kindercare Real Estate LLC, and Kindercare request that the Court enter judgment in their favor.

Respectfully submitted,

**KNOWLEDGE LEARNING CORPORATION**

  /s/   Timothy L. Binetti  
Todd A. Rowden  
Scott P. Clair  
Timothy L. Binetti  
THOMPSON COBURN LLP  
55 East Monroe Street  
Chicago, IL 60603  
Tel: (312) 580-2327

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached Defendants' Answer to Plaintiff's Complaint was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing document was served on July 31, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

> Joseph G. Klest
> 1701 E. Woodfield Road, Ste. 909
> Schaumburg, IL 60173
> (847) 969-9510 (phone)


/s/   Timothy L. Binetti