IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, a minor,<br><br>        Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, KNOWLEDGE LEARNING CENTERS, INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE L.L.C., KINDERCARE and MS. KATHERINE DOE,<br><br>        Defendants. | Case No. 08 CV 3922 |

## NOTICE OF FILING

TO:  Joseph G. Klest
       1701 E. Woodfield Road, Suite 909
       Schaumburg, IL 60173

PLEASE TAKE NOTICE that on July 31, 2008, we filed with the United States District Court, using the CM/ECF filing system, Defendants' Answer to Plaintiff's Complaint, a copy of which is attached and hereto served upon you.

Respectfully submitted,

KNOWLEDGE LEARNING CORPORATION,

/s/ Timothy L. Binetti
Todd A. Rowden
Scott P. Clair
Timothy L. Binetti
THOMPSON COBURN LLP
55 East Monroe Street
Chicago, IL 60603
Tel: (312) 580-2327

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached Defendants' Answer to Plaintiff's Complaint was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing documents was served on July 31, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

>Joseph G. Klest
>1701 E. Woodfield Road, Suite 909
>Schaumburg, IL 60173

>/s/   Timothy L. Binetti