IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, a minor,<br><br>    Plaintiff,<br><br>v.<br><br>KNOWLEDGE LEARNING CORPORATION, KNOWLEDGE LEARNING CENTERS, INC., KC DEVELOPMENT CORP., KINDERCARE REAL ESTATE L.L.C., KINDERCARE and MS. KATHERINE DOE,<br><br>    Defendants. | Case No. 08 CV 3922 |

## NOTICE OF FILING

TO: Joseph G. Klest
   1701 E. Woodfield Road, Suite 909
   Schaumburg, IL 60173

  PLEASE TAKE NOTICE that on August 6, 2008, we filed with the United States District Court, using the CM/ECF filing system, an Initial Joint Status Report, a copy of which is attached and hereto served upon you.

               Respectfully submitted,

               **KNOWLEDGE LEARNING CORPORATION,**

                /s/ Timothy L. Binetti
               Todd A. Rowden
               Scott P. Clair
               Timothy L. Binetti
               THOMPSON COBURN LLP
               55 East Monroe Street
               Chicago, IL 60603
               Tel: (312) 580-2327

## CERTIFICATE OF SERVICE

This is to certify that a copy of the attached Initial Joint Status Report was filed electronically and is available for viewing and downloading from the Electronic Case Filing System. A true and correct copy of the foregoing documents was served on August 6, 2008 by sending a copy via regular mail, postage prepaid and addressed to:

>Joseph G. Klest
>1701 E. Woodfield Road, Suite 909
>Schaumburg, IL 60173

>/s/   Timothy L. Binetti