STATE OF ILLINOIS )
COUNTY OF COOK )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 12 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ALLYSON ALBRECHT, individually )
and as mother and best friend of )
RORY-MORRIS MARTIN ALBRECHT, )
a minor, )
                Plaintiff, )
vs. ) No. 08 CV 3922
KNOWLEDGE LEARNING CORP, )
KNOWLEDGE LEARNING CENTERS, ) JUDGE KENDALL
INC, KC DEVELOPMENT CORP., ) MAGISTRATRE JUDGE DENLOW
KINDERCARE REAL ESTATE LLC., ) AEE
KINDERCARE AND MS. KATHERINE )
DOE )
                Defendants. )

## MOTION TO AMEND COMPLAINT TO IDENTIFY PROPER PARTY and MOTION TO COMPEL DEFENDANTS TO DISCLOSE MS. CATHERINE RADER'S ADDRESS

NOW COMES the Plaintiff, ALLYSON ALBRECHT, individually and as mother and best friend of RORY-MORRIS MARTIN ALBRECHT, and in support of her motion states as follows:

1) Plaintiff previously filed this action against the various Knowledge Learning Center Corporate defendants and a Ms. Katherine Doe.

2) The case was filed against Ms. Katherine Doe because through investigation the Plaintiff was unable to determine her correct name.

3) This case involves a personal injury, wherein Mr. Catherine tripped and fell on a minor causing a head injury which resulted in seizures.

4) Since the original filing of this matter the Plaintiff has learned the correct name of Katherine Doe is Ms. Catherine Rader

5) Plaintiff seeks to amend the complaint to properly name Ms. Catherine Rader.

In a letter dated July 15, 2008, the Plaintiff requested that the Defense attorneys provide plaintiff with the name and current address of Ms. Katherine. Plaintiff was attempting to determine whether or not there is complete diversity. To date, the Defendants have refused to provide the Plaintiff with Ms. Catherine's current address. On information and belief she is a current employee of the defendants.

Wherefore, the plaintiff requests leave to file an amended complaint to reflect the correct name of Ms. Katherine Doe and ask that this court order the Defendants to disclose Ms. Catherine Rader's current address.

JOSEPH G. KLEST, Attorney for Plaintiff

JOSEPH G. KLEST
1701 E. Woodfield Road, Ste. 909
Schaumburg, IL  60173
(847) 969-9510
Attorney NO. 50239