STATE OF ILLINOIS           )
COUNTY OF COOK              )

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ALLYSON ALBRECHT, individually    )
and as mother and best friend of  )
RORY-MORRIS MARTIN ALBRECHT,      )
a minor,                          )
           Plaintiff,         )
    vs.                           )   No. 08 CV 3922
KNOWLEDGE LEARNING CORP,          )
KNOWLEDGE LEARNING CENTERS,       )   JUDGE KENDALL
INC, KC DEVELOPMENT CORP.,        )   MAGISTRATRE JUDGE DENLOW
KINDERCARE REAL ESTATE LLC.,      )   AEE
KINDERCARE AND MS. KATHERINE      )
DOE                               )
           Defendants.        )

### NOTICE OF MOTION

TO:   Todd A. Rowden/Scott P. Clair
       THOMPSON COBURN LLP
       55 E. Monroe -40th Floor
       Chicago, IL 60603

**FILED**
AUG 1 2 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On __Aug 19__, at __9:00 A__.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Presiding, or any judge sitting in hi/her stead, in the courtroom usually occupied by him/her in room ~~1058~~, United States District Court, Chicago, Illinois and shall then and there present **MOTION TO AMEND COMPLAINT TO IDENTIFY PROPER PARTY and MOTION TO COMPEL DEFENDANTS TO DISCLOSE MS. CATHERINE RADER'S ADDRESS** a copy of same attached hereto.

                                                JOSEPH G. KLEST, Attorney for Plaintiff

JOSEPH G. KLEST
1701 E. Woodfield Road, Ste. 909
Schaumburg, IL 60173
(847) 969-9510
Attorney NO. 50239