UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Allyson Albrecht, et al.
                                    Plaintiff,
v.                                                                Case No.: 1:08−cv−03922
                                                                  Honorable Virginia M. Kendall
Knowledge Learning Corporation, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Status hearing held and continued to 9/9/2008 at 09:00 AM. MOTION by Plaintiff Allyson Albrecht to file an amended complaint[14] is granted. Plaintiff's motion to compel [14] has been resolved as outlined in open court.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.